BRUCE J. WECKER (SBN 078530)
CHRISTOPHER L. LEBSOCK (SBN 184546)
**HAUSFELD LLP**
44 Montgomery St. Suite 3400
San Francisco, CA 94104
Tel: (415) 633 – 1908
Fax: (415) 358 – 4980
bwecker@hausfeldllp.com
clebsock@hausfeldllp.com

ROBERT J. YORIO (SBN 93178)
**CARR & FERREL LLP**
120 Constitution Drive
Menlo Park, CA 94025
Tel: (650) 812 – 3400
Fax: (65) 812 – 3444

*Attorneys for Plaintiff Dominion Assets LLC*

JOSEPH R. RE (Bar No. 134479)
STEPHEN C. JENSEN (Bar No. 149894)
IRFAN A. LATEEF (Bar No. 204004)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502
joseph.re@knobbe.com
stephen.jensen@knobbe.com
irfan.lateef@knobbe.com

*Attorneys for Defendants Masimo Corporation and Cercacor Laboratories, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DOMINION ASSETS LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>  vs.<br><br>MASIMO CORPORATION, a Delaware corporation, and CERCACOR LABORATORIES, INC., a Delaware corporation;<br><br>        Defendants. | Case No.: 12-cv-2773 CW<br><br>**ORDER RE: STIPULATION TO EXTEND TRIAL AND PRETRIAL DATES** |

The parties having so stipulated, and good cause appearing, the Court hereby revises its current Case Management Order to incorporate the revised deadlines as set forth below:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Service of Opening Expert Reports; Disclosure of | 06/17/2013 | 10/17/2013 |

| Identities | | |
|---|---|---|
| Service of Rebuttal Expert Reports | 07/15/2013 | 11/15/2013 |
| Fact Discovery Cutoff | 07/31/2013 | 11/29/2013 |
| Expert Discovery Cutoff | 08/15/2013 | 12/12/2013 |
| Dispositive Motions and Claim Construction Opening Briefs | 09/05/2013 | 01/09/2014 |
| Oppositions to Dispositive Motions, Claim Construction/Cross Motions | 09/19/2013 | 1/23/2014 |
| Reply to Dispositive Motion and Claim Construction/Opposition to Cross Motions | 09/26/2013 | 1/30/2014 |
| Reply Briefs to Cross Dispositive Motions and Claim Construction | 10/03/2013 | 02/06/2014 |
| Case Management Conference | 10/17/2013 2:00 p.m. | 02/20/2014 2:00 p.m. |
| Claim Construction/Dispositive Motion Hearings (There will be no Tutorials or Witnesses unless the Court makes a request) | 10/17/2013 2:00 p.m. | 02/20/2014 2:00 p.m. |
| Final Pretrial Conference | 01/08/2014 2:00 p.m. | 05/14/2014 2:00 p.m. |
| Jury Trial (8 days) | 01/21/2014 8:30 a.m. | 06/03/2014 8:30 a.m. |

IT IS SO ORDERED.

Dated: 6/19/2014

HON. CLAUDIA WILKEN
United States District Judge