IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINION ASSETS, LLC, | No. C 12-2773 CW |
| Plaintiff, | ORDER REGARDING STIPULATION |
| v. | (docket no. 47) |
| MASIMO CORPORATION, et al., | |
| Defendants. | |

The parties' stipulation is granted in part and denied in part. (docket no. 47). Expert disclosure may be delayed until November 15, 2013, rebuttal expert disclosure until November 22, 2013, and the expert and fact discovery cutoff is December 20, 2013. The remaining dates are unchanged.

Dated: 10/9/2013

CLAUDIA WILKEN
United States District Judge