IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINION ASSETS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MASIMO CORP,<br><br>　　　　Defendant.<br>_____/ | No. C 12-02773 CW<br><br>ORDER RE MOTION TO CONTINUE TRIAL AND SCHEDULING DEADLINES<br><br>(Docket No. 49) |

　　Plaintiff has filed a motion for continuance and represents that Defendant supports its request for extension of the dates for expert disclosures and discovery cut-off. These dates could be continued by stipulation, but the briefing and hearing schedule for claim construction and dispositive motions may not be continued without continuing the trial date, and the trial date Plaintiff requests is unavailable. The next available date for an eight day jury trial is September 29, 2014. Alternatively, the parties could stipulate to a magistrate judge for trial on August 5, 2014. Plaintiff's motion is denied without prejudice.

Dated: 11/15/2013

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge