UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| DOMINION ASSETS LLC, | |
|---|---|
| Plaintiff, | Case No. 12-cv-02773-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| MASIMO CORPORATION, et al., | |
| Defendants. | |

On 05/13/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 01/15/2015 AT 9:00 am |
| Final Pretrial Conference | 04/02/2015 at 2:30 pm |
| Trial | 04/20/2015 at 9:00 am. |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT Claims Construction Tutorial is set for 08/15/2014 at
6   9:00 am.
7   IT IS FURTHER ORDERED THAT Claims Construction Hearing is set for 08/22/2014 at
8   9:00 am.
9   IT IS FURTHER ORDERED THAT the parties are to meet and confer setting briefing
10  schedule based on trial set for 04/20/2015.

11  Dated: May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge