UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOMINION ASSETS LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MASIMO CORPORATION, et al.,<br><br>    Defendants. | Case No.  12-cv-02773-BLF<br><br>**ORDER MODIFYING ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>[Re: ECF Nos. 67, 73, 75] |

On May 9, 2014, the Court denied, without prejudice, Defendants' administrative motion to file portions of its motion to dismiss brief and certain supporting exhibits under seal.  (ECF 73) The Court gave Plaintiff—the party who designated the documents as confidential—until May 16, 2014 to file revised declarations supporting the requested sealing.  (*Id.*)   On May 19, 2014, Plaintiff submitted a statement indicating that Plaintiff and third party Acacia Research Group LLC do not oppose filing Defendants' Exhibits 14-22, 24, 25-28, and 30 and the corresponding portions of Defendants' brief in the public record.  (Pl.'s Statement re Sealing, ECF 75)

Accordingly, the Court modifies its order as follows:

Defendants' administrative motion to file under seal, (ECF 67), is DENIED with prejudice. Within **seven (7) days** of this order, Defendants shall file an unredacted version of the documents that Defendants sought to seal.  The Court will not consider any of these documents until they are filed in the public record.  *See* Civ. L.R. 79-5(f)(2).

**IT IS SO ORDERED.**

Dated: May 27, 2014

                                         _____
                                         BETH LABSON FREEMAN
                                         United States District Judge